IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EARNEST STOKES,

    Plaintiff,

v.                                                   No. 07-2289

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING THE PLAINTIFF'S SOCIAL SECURITY APPEAL WITH PREJUDICE

---

The Plaintiff, Earnest Stokes, filed this social security appeal on May 1, 2007. On September 14, 2007, this Court referred the appeal to Magistrate Judge Diane K. Vescovo for a report and recommendation. Judge Vescovo issued her report on December 6, 2007, recommending that the Commissioner's decision to deny Stokes's claim for Supplemental Security Income benefits be affirmed. The parties had until December 26, 2007, to object to Judge Vescovo's report and recommendation. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed, the Court ADOPTS the magistrate judge's report and recommendation and AFFIRMS the Commissioner's decision to deny Stokes's claim for Supplemental Security Income benefits. The Clerk is directed to enter judgment in accordance with this Order.

1

IT IS SO ORDERED this 10th day of January, 2008.

                                    s/ J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE